1
2
3
4               IN THE UNITED STATES DISTRICT COURT
5             FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                         SAN JOSE DIVISION

| | |
|---|---|
| 7  UNITED STATES OF AMERICA, | **Case No.:** CR 20–71395 MAG |
| 8           Plaintiff, | **[PROPOSED] STIPULATED ORDER CONTINUING HEARING** |
| 9       v. | |
| 10 OLE HOUGEN, | |
| 11          Defendant. | |

12

13   The above-entitled matter is currently scheduled for a Detention Hearing. Counsel for the
14 defendant represents in this stipulated order that counsel requires additional time to investigate
15 matters pertinent to detention and release. The defense accordingly requests that the detention
16 hearing be continued until November 2, 2020.
17   The government has no objection to this proposed continuance of the detention hearing.
18   Therefore, for good cause shown the hearing currently scheduled on October 29, 2020
19 shall be vacated. The detention hearing shall be continued until November 2, 2020, at 10:30
20 a.m.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIP. ORD. CONTINUING HEARING
*HOUGEN*, CR 20–71395 MAG

1    The Court finds that the ends of justice served by granting this continuance outweigh the
2 best interest of the public and defendant in a speedy trial, and accordingly excludes time under
3 the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for
4 continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. §
5 3161(h)(7)(B)(iv).

7  IT IS SO STIPULATED.

8    October 28, 2020              DAVID L. ANDERSON
     Dated                         United States Attorney
9                                  Northern District of California

11                                         /S
                                   MARISSA HARRIS
12                                 Assistant United States Attorney

14   October 28, 2020              STEVEN G. KALAR
     Dated                         Federal Public Defender
15                                 Northern District of California

16                                         /S
                                   SEVERA KEITH
17                                 Assistant Federal Public Defender

20  IT IS SO ORDERED.

22   Dated                         HON. NATHANAEL COUSINS
                                   United States Magistrate Judge

STIP. ORD. CONTINUING HEARING
*HOUGEN*, CR 20–71395 MAG

2